United States District Court
Western District of Virginia

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 20 2008

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

Jonathan Lee Riches,
Plaintiff

v.

7:08-cv-00171

Suzy Kolber; Andrea Kremer; Michelle Tafoya; FCI Williamsburg,
Defendants

## 28 USC 2241 / Habeas Corpus Relief

Since I came to FCI Williamsburg on Jan 6, 2006, my conditions in which my sentence has been executed is cruel and unusual punishment. Defendants, and female guards disrespect my religion and pat search me and my cell, and strip search me during visitations, this is unconstitutional. Plaintiff seeks male officers to pat him down at FCI Williamsburg.

This is a 8th amendment violation

/s/ Jonathan Lee Riches

Case 7:08-cv-00171-SGW-mfu   Document 1   Filed 02/20/08   Page 1 of 2   Pageid#: 1

Name: Jonathan Lee Riches
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

Legal Mail

FLORENCE SC 295
15 FEB 2008 PM 1 L

"LET US DARE TO
THINK, SPEAK AND
John Adams, 1765

United States District Court
Western District of Virginia
Clerk of Court
Poff Federal Bldg.
210 Franklin Rd
Roanoke, Virginia 24011

24011+2203